UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACQUELYN KIRK,

    Plaintiff,

v.

Case No. 1:11-cv-1033

HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant,
_____/

## **JUDGMENT**

JUDGMENT is hereby entered in plaintiff's favor, the Commissioner's decision is REVERSED, and the matter is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

Date: March 28, 2013

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District